# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSE NICOLAS MAYANCELA-
QUINDI,                                    )
                                           )
                                           )
            Petitioner,                    )
                                           )
    v.                                     )    Case No. 3:26-cv-280
                                           )
U.S. DEPARTMENT OF HOMELAND                )
SECURTY, *et al.*,                         )
                                           )
            Respondents.                   )

## CASE MANAGEMENT ORDER

The Court orders as follows:

1.      **Service.**  Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at: usapaw.civ.imm.2241.moshannon@usdoj.gov.  The subject line of the email shall contain the case caption and case number of this case.  If the Petition contains voluminous exhibits, they need not be emailed.[1]  The email service shall be deemed sufficient to accomplish formal service of the Petition.  No other documents, pleadings, or motions may be emailed to this email address.

2.      **Certificate of compliance of service.**  Upon completion of service via e-mail as reflected in Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of service.

3.      **Respondents' counsel notice of appearances.**  Counsel for Respondents shall file a notice of appearance within **3 days** of the filing of Petitioner's Certificate of Compliance of Service.

---

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondent's counsel.

- 1 -

- 2 -

4.    **Respondents' responses to the petition.**  Respondents shall file any responses or answers to the petition within **30 days** of the date of service.

DATED this 20th day of February, 2026.

BY THE COURT:

/s/ Stephanie L. Haines
United States District Judge